1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RONALD HALL,                          )
                                      )
            Plaintiff,                )        2:11-cv-1515-PMP-VCF
                                      )
vs.                                   )
                                      )
WYNDHAM VACATION                      )
OWNERSHIP, INC., etc., *et al.*,      )        O R D E R
                                      )
            Defendant,                )
                                      )

This matter is before the Court on a Motion to Request Telephonic Appearance at Early Neutral Evaluation Session (#17).

The Court having reviewed the Motion (#17) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Request Telephonic Appearance at Early Neutral Evaluation Session (#17) is **GRANTED IN PART AND DENIED IN PART**.

IT IS FURTHER ORDERED that the Motion to Request Telephonic Appearance at Early Neutral Evaluation Session (#17) is GRANTED in that Defendants' insurance representative is excused from attending the Early Neutral Evaluation hearing.

IT IS FURTHER ORDERED that the Motion to Request Telephonic Appearance at Early Neutral Evaluation Session (#17) is DENIED as to the request to excuse Defendant's representative, Peter Wendzel, Group Vice President and Corporate Services Employment Counsel. Peter Wendzel is required to be present in court for the duration of the Early Neutral Evaluation hearing.

DATED this __9th__ day of November, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge